

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-23-00025-CR

**IN RE** Adrian James **HILLARD** Jr.

Original Proceeding[1]

### ORDER

Relator Adrian James Hillard Jr. filed a petition for writ of habeas corpus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas corpus petition will be treated as presenting nothing for this court's review. *See id*. Accordingly, relator's petition for writ of habeas corpus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motions are **DENIED** as moot.

It is so **ORDERED** on February 1, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2022CR2190, 2022CR6697, and 2022CR7572, styled *State of Texas v. Adrian James Hillard, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.